**UNITED STATES DISTRICT COURT- SOUTHERN DISTRICT OF TEXAS- Houston Division**

Civil Action No.

# 4:26cv2394

CEDRIC GREENE,

Plaintiff,

United States Courts
Southern District of Texas
FILED

**MAR 2 3 2026**

Nathan Ochsner, Clerk of Court

v.

ST. VINCENT DE PAUL- CARDINAL MANNING CENTER,

Defendant.

PETITION FOR RELIEF AND LEAVE TO PROCEED

Cedric Greene
501 East 6TH Street
Los Angeles, California 90021
Tel: (323) 972- 9966
*Email: Cedricgreene33@yahoo.com*

1

CEDRIC GREENE seeks leave of the Court to seek relief in a civil action that didn't occur within the Court's geographical area, but he has various restrictions and filing bars against his name. In addition, the legal system where ST. Vincent is located isn't constitutionally proper for Greene to proceed *Pro Se* for a combination and cruel and unusual reasons that have embarrassingly violated Greene's rights.

On March 16, 2026, Greene was notified that this venue didn't t have any filing bars or restrictions next to his name, and he isn't listed as a restricted litigant in the United States Court of Appeals for the Fifth Circuit. Therefore, the relief requested under *federal rules of civil procedure 8(a)(3),* is to proceed in the Houston Division is for the case to be processed in the venue, and for it to proceed through its channels.

Attached to the legal request are relevant records in other venues to eliminate unfair claims of forum shopping against the Petitioner that's seeking to proceed with a Pro Se case in Houston, Texas.

## REASONS WHY THE PETITIONER SHOULD BE ENTITLED TO PROCEED IN THE VENUE

Under *federal rules of civil procedure 8(a)(2),* the pleader must submit *"a short and plain statement of the claim showing that they are entitled to relief."* In terms of the previous venue, they determined that dismissal without prejudice was due to the location of the defendants, and that Greene had a history of vexatious litigation. That's one reason why this case wouldn't be properly presented to the legal system where the Cardinal Manning Center is located. Other reasons are due to the systems refusal to honor a civil transfer from cruel and slander circumstances. Jurisdiction should never be used by a legal venue in a manner that assaults someone's Constitutional Rights. In the Appeals Circuit in St. Louis, Missouri, Greene became a restricted litigant in that Circuit on November 2025, but he still Petition's For a Rehearing that the Appeals Panel declined on February 26, 2026. The Mandate of the 8th Circuit was issued on March 5, 2026. Greene didn't have an option to proceed to the U.S. Supreme Court thanks to an Appeals Circuit out of San Francisco, California that had gotten Greene sanctioned in previous years.

That's another Constitutional Reason the case wouldn't be properly presented to the legal system where the Cardinal Manning Center is located. In terms of the case itself, it's a civil claim in which the Cardinal Manning Center caused Greene extreme damage on the evening of December 9, 2020, when he returned to their facility, and was served their memo expressing that he had to sit through an illegal confinement to

2

3

their facility that they called a quarantine. The unlawful conditions and confinement didn't end until January 16, 2021, in which totals out to be "39 days" that wrongful homeless client Greene had to sit through a facility confinement that they alleged was caused by someone held in their isolation area.

The facility confinement also violated COVID protocols during such time. In terms of where the facility is located, venue for Greene's case wouldn't be constitutionally proper under the *14<sup>TH</sup>Amendment* in their legal places, because they have committed far more gruesome tragedy to Greene that have gone outside the scope of the Constitution, and uses jurisdiction in a manner that violates the *13TH Amendment*.

For all of the above reasons, Greene would ask for the opportunity to demand for monetary relief within the Southern District of Texas Houston Division, and request for leave to proceed Pro SE in its venue.

SIGNED this *17TH day of March, 2026.*                    By: *Cedric Greene Jr.*